

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00618-CR

Noah Zachary **KAISER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 729703
Honorable Melisa C. Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MASSEY
BRISSETTE

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 6, 2024.

_____
Lori I. Valenzuela, Justice